✎AO 241
(Rev. 10/07)

PROVIDED TO TOMOKA CI

ON _12/1/16_                    Page 2

FOR MAILING BY _O SL_

**PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

| United States District Court | District: | |
|---|---|---|
| Name (under which you were convicted): <br> GORDON TAD CARTWRIGHT | | Docket or Case No.: <br> U:17-CV-191-ORL-40-TBS |
| Place of Confinement : <br> TOMOKA C.I. (DAYTONA BEACH, FLA) | | Prisoner No.: <br> C08934 |
| Petitioner (include the name under which you were convicted) <br> GORDON T. CARTWRIGHT | v. | Respondent (authorized person having custody of petitioner) <br> STATE OF FLORIDA |
| The Attorney General of the State of FLORIDA | | |

**PETITION**

1.    (a) Name and location of court that entered the judgment of conviction you are challenging:

      OSCEOLA COUNTY, FLORIDA
      2 COURT HOUSE SQ
      KISSIMMEE, FL

      (b) Criminal docket or case number (if you know):

2.    (a) Date of the judgment of conviction (if you know):

      (b) Date of sentencing:

3.    Length of sentence: TWENTY-FIVE (25) YEARS

4.    In this case, were you convicted on more than one count or of more than one crime?   ☐ Yes   ☑ No

5.    Identify all crimes of which you were convicted and sentenced in this case:

6.    (a) What was your plea? (Check one)

      ☐ (1)  Not guilty      ☑ (3)  Nolo contendere (no contest)

      ☐ (2)  Guilty         ☐ (4)  Insanity plea

AO 241
(Rev. 10/07)

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to?

N|A

(c) If you went to trial, what kind of trial did you have? (Check one)   N|A

☐  Jury      ☐  Judge only

7.   Did you testify at a pretrial hearing, trial, or a post-trial hearing?

☑ Yes     ☐  No

8.   Did you appeal from the judgment of conviction?

☑ Yes     ☐  No

9.   If you did appeal, answer the following:

(a) Name of court:  FIFTH DISTRICT

(b) Docket or case number (if you know):  U/K

(c) Result:  P.C.A'd

(d) Date of result (if you know):  U/K

(e) Citation to the case (if you know):  U/K

(f) Grounds raised:

WITHDRAW OF PLEA

(g) Did you seek further review by a higher state court?     ☐  Yes    ☑ No

If yes, answer the following:

(1) Name of court:  N|A

(2) Docket or case number (if you know):  N|A

(3) Result:  N|A

(4) Date of result (if you know):  N|A

AO 241
(Rev. 10/07)

Page 4

(5) Citation to the case (if you know): N/A

(6) Grounds raised: N/A

(h) Did you file a petition for certiorari in the United States Supreme Court?   ☐ Yes   ☑ No

If yes, answer the following: N/A

(1) Docket or case number (if you know): N/A

(2) Result: N/A

(3) Date of result (if you know): N/A

(4) Citation to the case (if you know): N/A

10.  Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?   ☑ Yes   ☐ No

11.  If your answer to Question 10 was "Yes," give the following information:

(a)  (1) Name of court: OSCEOLA COUNTY, FLORIDA

(2) Docket or case number (if you know):

(3) Date of filing (if you know):

(4) Nature of the proceeding: 3.850 POSTCONVICTION RELIEF

(5) Grounds raised: ILLEGAL STACKING ENHANCEMENTS DUAL CONVICTIONS

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?   ☐ Yes   ☑ No

(7) Result: N/A

(8) Date of result (if you know): N/A

AO 241
(Rev. 10/07)

(b) If you filed any second petition, application, or motion, give the same information:

(1) Name of court:  N/A

(2) Docket or case number (if you know):  N/A

(3) Date of filing (if you know):  N/A

(4) Nature of the proceeding:  N/A

(5) Grounds raised:  N/A

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐   Yes   ☐   No   N/A

(7) Result:  N/A

(8) Date of result (if you know):  N/A

(c) If you filed any third petition, application, or motion, give the same information:

(1) Name of court:  N/A

(2) Docket or case number (if you know):  N/A

(3) Date of filing (if you know):  N/A

(4) Nature of the proceeding:  N/A

(5) Grounds raised:  N/A

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes   ☐ No   N/A

(7) Result: N/A

(8) Date of result (if you know): N/A

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application,

or motion?

(1) First petition:   ☐ Yes   ☑ No

(2) Second petition:   ☐ Yes   ☐ No   N/A

(3) Third petition:   ☐ Yes   ☐ No   N/A

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

Time elapsed for filing CERTIORARI

12.    For this petition, state every ground on which you claim that you are being held in violation of the Constitution,
laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts
supporting each ground.

CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court
remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the
grounds in this petition, you may be barred from presenting additional grounds at a later date.

**GROUND ONE:**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Petitioner was sentenced to multi- Enhancements which
resulted in the sanction of 25yrs being imposed. An upward-
departure of sentence of 93.15 months, in violation of
BLAKELY, due to the federally mandated min/man being lifted

(b) If you did not exhaust your state remedies on Ground One, explain why:

NO CERTIORARI to FLORIDA Supreme Court Due to the FIFTH
DISTRICT COURT APPEAL in DAYTONA BEACH, FLA. P.C.A.'D with
NO OPINION.

AO 241
(Rev. 10/07)

Page 7

(c) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue? ☐ Yes ☑ No

(2) If you did not raise this issue in your direct appeal, explain why:

THE STATE OF FLORIDA DOES NOT RECOGNIZE the FEDERALLY hiSTED MIN/MAN SANCTIONS.

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☑ Yes ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: 3.800 (ILLEGAL SENTENCE)

Name and location of the court where the motion or petition was filed:
OSCEOLA COUNTY
KISSIMMEE, FLORIDA

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion or petition? ☐ Yes ☑ No

(4) Did you appeal from the denial of your motion or petition? ☑ Yes ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☑ Yes ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:
FIFTH DISTRICT COURT APPEAL
DAYTONA BEACH, FL.

Docket or case number (if you know): 5D16-3440

Date of the court's decision: NOV. 1, 2016

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

N/A

AO 241
(Rev. 10/07)

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One:

N/A

**GROUND TWO:**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

N/A

(b) If you did not exhaust your state remedies on Ground Two, explain why:

N/A

(c)        **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?        ☐ Yes    ☐ No    N/A

(2) If you did not raise this issue in your direct appeal, explain why:

N/A

(d)        **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes    ☐ No    N/A

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:    N/A

Name and location of the court where the motion or petition was filed:    N/A

Docket or case number (if you know):    N/A

Date of the court's decision:    N/A

AO 241
(Rev. 10/07)

Page 9

Result (attach a copy of the court's opinion or order, if available):

N|A

(3) Did you receive a hearing on your motion or petition?　　　　　❏ Yes　❏ No　N|A

(4) Did you appeal from the denial of your motion or petition?　　 ❏ Yes　❏ No　N|A

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?　❏ Yes　❏ No　N|A

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

N|A

Docket or case number (if you know):　N|A

Date of the court's decision:　N|A

Result (attach a copy of the court's opinion or order, if available):　N|A

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

N|A

(e)　　**Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you :

have used to exhaust your state remedies on Ground Two

N|A

**GROUND THREE:**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

N|A

(b) If you did not exhaust your state remedies on Ground Three, explain why?

N|A

(c)      **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?        ☐  Yes        ☐  No    N|A

(2) If you did not raise this issue in your direct appeal, explain why:    N/A

(d)      **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐  Yes        ☐  No    N/A

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:    N|A

Name and location of the court where the motion or petition was filed:    N|A

Docket or case number (if you know):    N|A

Date of the court's decision:    N|A

Result (attach a copy of the court's opinion or order, if available):    N|A

(3) Did you receive a hearing on your motion or petition?                     ☐  Yes        ☐  No    N|A

(4) Did you appeal from the denial of your motion or petition?                ☐  Yes        ☐  No    N|A

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?    ☐  Yes    ☐  No    N|A

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:    N|A

Docket or case number (if you know):

Date of the court's decision:    N|A

Result (attach a copy of the court's opinion or order, if available):    N|A

AO 241
(Rev. 10/07)

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

N/A

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three:

N/A

**GROUND FOUR:**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

N/A

(b) If you did not exhaust your state remedies on Ground Four, explain why:

N/A

(c) **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?  ☐ Yes  ☐ No  N/A

(2) If you did not raise this issue in your direct appeal, explain why:  N/A

(d) **Post-Conviction Proceedings:**

(1) *Did* you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes  ☐ No  N/A

(2) If your answer to Question (d)(1) is "Yes," state:  N/A

Type of motion or petition:  N/A

AO 241
(Rev. 10/07)

Name and location of the court where the motion or petition was filed:
N|A

Docket or case number (if you know): N/A

Date of the court's decision: N/A

Result (attach a copy of the court's opinion or order, if available): N/A

(3) Did you receive a hearing on your motion or petition?   ☐ Yes   ☐ No   N/A

(4) Did you appeal from the denial of your motion or petition?   ☐ Yes   ☐ No   N/A

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☐ Yes   ☐ No   N/A

(6) If your answer to Question (d)(4) is "Yes," state: N/A

Name and location of the court where the appeal was filed: N/A

Docket or case number (if you know): N/A

Date of the court's decision: N/A

Result (attach a copy of the court's opinion or order, if available): N/A

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

N/A

(e)    **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four:

N/A

AO 241
(Rev. 10/07)

13.    Please answer these additional questions about the petition you are filing:

    (a)    Have all grounds for relief that you have raised in this petition been presented to the highest state court

        having jurisdiction?    ☐ Yes    ☐ No    N/A

        If your answer is "No," state which grounds have not been so presented and give your reason(s) for not

        presenting them:

          N/A

    (b)    Is there any ground in this petition that has not been presented in some state or federal court?  If so,

          ground or grounds have not been presented, and state your reasons for not presenting them:

          N/A

14.    Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction

    that you challenge in this petition?    ☐ Yes    ☐ No    N/A

    If "Yes," state the name and  location of the court, the docket or case number, the type of proceeding, the issues

    raised, the date of the court's decision, and the result for each petition, application, or motion filed.  Attach a copy

    of any court opinion or order, if available.

        N/A

15.    Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for

    the judgment you are challenging?    ☐ Yes    ☐ No    N/A

    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the

    raised.

        N/A

AO 241
(Rev. 10/07)

16.    Give the name and address, if you know, of each attorney who represented you in the following stages of the
judgment you are challenging:

(a) At preliminary hearing:  OFFICE OF PUBLIC DEFENDER

(b) At arraignment and plea:  KEN KAHORA

(c) At trial:  N/A

(d) At sentencing:  N/A

(e) On appeal:  OFFICE OF PUBLIC DEFENDER

(f) In any post-conviction proceeding:  PRO SE

(g) On appeal from any ruling against you in a post-conviction proceeding:  PRO SE

17.    Do you have any future sentence to serve after you complete the sentence for the judgment that you are
challenging?    ☐ Yes    ☑ No

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

N/A

(b) Give the date the other sentence was imposed:  N/A

(c) Give the length of the other sentence:  N/A

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the
future?    ☐ Yes    ☐ No  N/A

18.    TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain
the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

AO 241
(Rev. 10/07)

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C.  § 2244(d) provides in

part that:

(1)        A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in
           custody  pursuant to the judgment of a State court.  The limitation period shall run from the latest of -

           (A)      the date on which the judgment became final by the conclusion of direct review or the expiration
                    of the time for seeking such review;

           (B)      the date on which the impediment to filing an application created by State action in violation of
                    the Constitution or laws of the United States is removed, if the applicant was prevented from
                    filing by such state action;

           (C)      the date on which the constitutional right asserted was initially recognized by the Supreme
                    Court, if the right has been newly recognized by the Supreme Court and made retroactively
                    applicable to cases on collateral review; or

           (D)      the date on which the factual predicate of the claim or claims presented could have been
                    discovered through the exercise of due diligence.

AO 241
(Rev. 10/07)

Page 16

    (2)      The time during which a properly filed application for State post-conviction or other collateral review
with respect to the pertinent judgment or claim is pending shall not be counted toward any period of
limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief:

To VACATE The Petitioners Twenty-Five rinyman sanction, resenter
Petitione to his Guideline sentence

or any other relief to which petitioner may be entitled.

_____

                          Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for

Writ of Habeas Corpus was placed in the prison mailing system on   12/1/16     (month, date, year).

Executed (signed) on    12/1/16     (date).

_____
                          Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.

**IF MAILED BY PRISONER:**

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was

(check one): [ ] delivered to prison officials for mailing or [ ] deposited in the prison's internal mail on: this ____

____ day of _____, 20____.

**TO BE DELIVERED TO:**
**Court Copies**                                            **Sent**                    **Copies Sent**

**Bryan Simpson United States Courthouse**          [ ]                    _____
300 North Hogan Street, Suite 9-150
Jacksonville, Florida 32202

**Golden-Collum Memorial Federal Building**         [ ]                    _____
**& United States Courthouse**
207 N.W. Second Street
Ocala, Florida 34475

**United States Courthouse**                         [X]                    ___3___
401 West Central Blvd., Suite 1200
Orlando, Florida 32801-0120

**Sam M. Gibbons United States Courthouse**          [ ]                    _____
801 North Florida Ave.
Tampa, Florida 33602

**U S Courthouse & Federal Building**                [ ]                    _____
2110 First Street
Ft. Myers, Florida 33901

**Defendants Copies**                                **Sent**                    **Copies Sent**

_____                              [ ]                    _____
_____
_____
_____

_____                              [ ]                    _____
_____
_____
_____

_____
(Signature of all Plaintiffs)

11

FD-0009B (Revised 5/21/13)